UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                                  Case No.:    17-18882
COHEN, BRAD N.                                          Chapter:     7
                                                        Judge:       CMG

**NOTICE OF PROPOSED ABANDONMENT**

<u>Thomas J. Orr</u>, <u>Chapter 7 Trustee</u> in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: |
|---|
| Clarkson S. Fisher US Courthouse<br>402 East State Street<br>Trenton, NJ 08608 |

If an objection is filed, a hearing will be held before the Honorable <u>Christine M. Gravelle</u> on <u>July 11, 2017</u> at <u>10:00</u> a.m. at the United States Bankruptcy Court, Courtroom no. 3. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: |
|---|
| Condominium or Cooperative at: 25 S. Church Road, Unit 81, Maple Shade, NJ<br>The debtor(s) purchased the property in 2014 for $80,000. The property is valued at $85,000 based upon a Comparative Market Analysis. |

| Liens on property: (1) Quicken Loans - $78,545 and (2) Clusters of Lexton - $3,350 |
|---|

| Amount of equity claimed as exempt: |
|---|
| $100.00 |

Objections must be served on, and requests for additional information directed to:

| | |
|---|---|
| Name: | /s/Thomas J. Orr, Trustee |
| Address: | 321 High Street, Burlington, NJ 08016 |
| Phone number: | (609)386-8700 |

*rev.8/1/15*

```
United States Bankruptcy Court
     District of New Jersey
```

In re:                                                                Case No. 17-18882-CMG
Brad N. Cohen                                                         Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Jun 12, 2017
                              Form ID: pdf905          Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 14, 2017.
```
db             +Brad N. Cohen,   PO Box 6592,    Hillsborough, NJ 08844-6592
cr             +The Clusters of Lexton Condo Association, Inc.,    c/o Action Management Group, LLC,
                25 S. Church Road,   Unit 185,   Maple Shade, NJ 08052-3074
516799697     ++CITIBANK,    PO BOX 6043,    SIOUX FALLS SD 57117-6043
               (address filed with court:   Citibank,    7920 NW 110th St,   Kansas City, MO 64153)
516799696      +Chase Card Services,   Attn: Correspondence Dept,    Po Box 15298,   Wilmington, DE 19850-5298
516799698      +Citibank/Best Buy,   Centralized Bankruptcy/CitiCorp Credit S,    Po Box 790040,
                St Louis, MO 63179-0040
516799699      +Clusters of Lexton,   25 S. Church Rd, Unit 185,    Maple Shade, NJ 08052-3074
516799703      +Klineburger & Nussey,   38 North Haddon Ave,    Haddonfield, NJ 08033-2422
516799705      +Pnc Bank, N.a.,   Po Box 3180,    Pittsburgh, PA 15230-3180
516799707      +Robin Cohen,   1117 Yardley Rd,    Cherry Hill, NJ 08034-2845
516799709      +Zeller & Wieliczko, LLP,    120 Haddontowne Court,   Cherry Hill, NJ 08034-3666
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 12 2017 22:22:49     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 12 2017 22:22:46     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516799700      +E-mail/PDF: creditonebknotifications@resurgent.com Jun 12 2017 22:25:26     Credit One Bank,
                PO Box 98872,   Las Vegas, NV 89193-8872
516799701      +E-mail/Text: jennifer.macedo@gatewayonelending.com Jun 12 2017 22:22:21
                Gateway One Lending & Finance LLC,    3818 E. Coronada St,   Anaheim, CA 92807-1620
516799702       E-mail/Text: cio.bncmail@irs.gov Jun 12 2017 22:22:23     Internal Revenue Service,
                PO Box 21126,   Philadelphia, PA 19114
516799704      +E-mail/Text: bkr@cardworks.com Jun 12 2017 22:22:11    Merrick Bank,   Po Box 9201,
                Old Bethpage, NY 11804-9001
516799706      +E-mail/Text: bankruptcyteam@quickenloans.com Jun 12 2017 22:23:08     Quicken Loans,
                1050 Woodward Ave,   Detroit, MI 48226-1906
516802717      +E-mail/PDF: gecsedi@recoverycorp.com Jun 12 2017 22:25:22    Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
516799708      +E-mail/PDF: gecsedi@recoverycorp.com Jun 12 2017 22:25:07    Synchrony Bank,   Po Box 103104,
                Roswell, GA 30076-9104
                                                                                              TOTAL: 9

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 9, 2017 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    QUICKEN LOANS INC. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              George C. Greatrex, Jr.    on behalf of Creditor    The Clusters of Lexton Condo Association, Inc.
               ggreatrex@sgglawfirm.com, kmuchler@verizon.net
              Lee Martin Perlman    on behalf of Debtor Brad N. Cohen ecf@newjerseybankruptcy.com,
               lmpcourt@gmail.com
              Thomas  Orr    tom@torrlaw.com, Torr@ecf.epiqsystems.com
              Thomas  Orr    on behalf of Trustee Thomas  Orr tom@torrlaw.com, Torr@ecf.epiqsystems.com
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jun 12, 2017
                              Form ID: pdf905          Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
        TOTAL: 6