**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Brad N. Cohen<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2925<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   17–18882–CMG

## Order of Discharge                                           12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Brad N. Cohen

<u>8/4/17</u>                                                   **By the court:** <u>Christine M. Gravelle</u>
                                                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Brad N. Cohen  
    Debtor

Case No. 17-18882-CMG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Aug 04, 2017  
                            Form ID: 318     Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2017.
```
db              #+Brad N. Cohen,    PO Box 6592,    Hillsborough, NJ 08844-6592
cr               +The Clusters of Lexton Condo Association, Inc.,    c/o Action Management Group, LLC,
                   25 S. Church Road,    Unit 185,    Maple Shade, NJ 08052-3074
516799698       +Citibank/Best Buy,    Centralized Bankruptcy/CitiCorp Credit S,    Po Box 790040,
                   St Louis, MO 63179-0040
516799699       +Clusters of Lexton,    25 S. Church Rd, Unit 185,    Maple Shade, NJ 08052-3074
516799703       +Klineburger & Nussey,    38 North Haddon Ave,    Haddonfield, NJ 08033-2422
516799705       +Pnc Bank, N.a.,    Po Box 3180,    Pittsburgh, PA 15230-3180
516799707       +Robin Cohen,    1117 Yardley Rd,    Cherry Hill, NJ 08034-2845
516799709       +Zeller & Wieliczko, LLP,    120 Haddontowne Court,    Cherry Hill, NJ 08034-3666
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr               +EDI: QTJORR.COM Aug 04 2017 22:38:00      Thomas Orr,    Law Office of Thomas J. Orr,
                   321 High Street,    Burlington, NJ 08016-4411
smg              E-mail/Text: usanj.njbankr@usdoj.gov Aug 04 2017 22:56:20      U.S. Attorney,   970 Broad St.,
                   Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg              +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 04 2017 22:56:15      United States Trustee,
                   Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                   Newark, NJ 07102-5235
cr               +E-mail/Text: jennifer.macedo@gatewayonelending.com Aug 04 2017 22:55:46
                   Gateway One Lending & Finance,    160 N. Riverview Drive, Suite 100,    Anaheim, CA 92808-2293
516799697        EDI: CITICORP Aug 04 2017 22:38:00      Citibank,    7920 NW 110th St,
                   Kansas City, MO 64153
516799696       +EDI: CHASE.COM Aug 04 2017 22:38:00      Chase Card Services,    Attn: Correspondence Dept,
                   Po Box 15298,    Wilmington, DE 19850-5298
516799700       +EDI: RCSFNBMARIN.COM Aug 04 2017 22:38:00      Credit One Bank,    PO Box 98872,
                   Las Vegas, NV 89193-8872
516799701       +E-mail/Text: jennifer.macedo@gatewayonelending.com Aug 04 2017 22:55:46
                   Gateway One Lending & Finance LLC,    3818 E. Coronada St,    Anaheim, CA 92807-1620
516799702        EDI: IRS.COM Aug 04 2017 22:38:00      Internal Revenue Service,    PO Box 21126,
                   Philadelphia, PA 19114
516799704       +EDI: MERRICKBANK.COM Aug 04 2017 22:38:00      Merrick Bank,    Po Box 9201,
                   Old Bethpage, NY 11804-9001
516799706       +E-mail/Text: bankruptcyteam@quickenloans.com Aug 04 2017 22:56:36      Quicken Loans,
                   1050 Woodward Ave,    Detroit, MI 48226-1906
516802717       +EDI: RMSC.COM Aug 04 2017 22:38:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                   PO Box 41021,    Norfolk, VA 23541-1021
516799708       +EDI: RMSC.COM Aug 04 2017 22:38:00      Synchrony Bank,    Po Box 103104,
                   Roswell, GA 30076-9104
                                                                                              TOTAL: 13
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*            +Thomas Orr,    Law Office of Thomas J. Orr,    321 High Street,    Burlington, NJ 08016-4411
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.  
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2017                                 Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Aug 04, 2017
                              Form ID: 318             Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2017 at the address(es) listed below:

          Denise E. Carlon    on behalf of Creditor    QUICKEN LOANS INC. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

          George C. Greatrex, Jr.    on behalf of Creditor    The Clusters of Lexton Condo Association, Inc. ggreatrex@sgglawfirm.com, kmuchler@verizon.net

          Lee Martin Perlman    on behalf of Debtor Brad N. Cohen ecf@newjerseybankruptcy.com, lmpcourt@gmail.com

          Thomas    Orr    tom@torrlaw.com, Torr@ecf.epiqsystems.com

          Thomas    Orr    on behalf of Trustee Thomas    Orr tom@torrlaw.com, Torr@ecf.epiqsystems.com

          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov

          TOTAL: 6