Form order – ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 17−18882−CMG
        Chapter: 7
        Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Brad N. Cohen
   PO Box 6592
   Hillsborough, NJ 08844

Social Security No.:
   xxx−xx−2925

Employer's Tax I.D. No.:

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

     Please be advised that on August 22, 2017, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 17 − 12
Order Denying Approval of Reaffirmation Agreement. (related document:12 Reaffirmation Agreement filed by Creditor Gateway One Lending & Finance). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 8/22/2017. (dmi)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: August 22, 2017
JAN: dmi

                                                                                           Jeanne Naughton
                                                                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Brad N. Cohen  
    Debtor  

Case No. 17-18882-CMG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin    Page 1 of 1    Date Rcvd: Aug 22, 2017  
                 Form ID: orderntc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2017.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr         +E-mail/Text: jennifer.macedo@gatewayonelending.com Aug 22 2017 23:13:13  
        Gateway One Lending & Finance,   160 N. Riverview Drive, Suite 100,   Anaheim, CA 92808-2293  
                                                                                                                TOTAL: 1

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2017                                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2017 at the address(es) listed below:  
        Denise E. Carlon    on behalf of Creditor    QUICKEN LOANS INC. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        George C. Greatrex, Jr.    on behalf of Creditor    The Clusters of Lexton Condo Association, Inc. ggreatrex@sgglawfirm.com, kmuchler@verizon.net  
        Lee Martin Perlman    on behalf of Debtor Brad N. Cohen ecf@newjerseybankruptcy.com, lmpcourt@gmail.com  
        Thomas   Orr    tom@torrlaw.com, Torr@ecf.epiqsystems.com  
        Thomas   Orr    on behalf of Trustee Thomas   Orr tom@torrlaw.com, Torr@ecf.epiqsystems.com  
        U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                         TOTAL: 6