**Order Filed on August 22, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>Brad N. Cohen | Case No.: 17-18882-CMG<br>Chapter: 7<br>Hearing Date: 8/22/17<br>Judge: Gravelle |

## ORDER DISAPPROVING REAFFIRMATION AGREEMENT

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 22, 2017**

*Honorable Christine M. Gravelle
United States Bankruptcy Judge*

The reaffirmation agreement between the debtor(s) and ___Gateway One Lending & Finance___ is NOT APPROVED.

However, the Court finds and concludes that the debtor(s) has fully complied with the deadlines of 11 U.S.C. § 521(a)(2), 521(a)(6) and 362(h). Accordingly, the creditor must seek further order of this Court to exercise any remedies under the subject installment loan agreement with respect to any pre-petition non-monetary defaults thereunder.

*revised 2/25/14*

United States Bankruptcy Court
District of New Jersey

In re:  
Brad N. Cohen  
    Debtor

Case No. 17-18882-CMG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3　　　User: admin　　　Page 1 of 1　　　Date Rcvd: Aug 22, 2017  
                     Form ID: pdf903　　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2017.  
db　　　　　　#+Brad N. Cohen,　　PO Box 6592,　　Hillsborough, NJ 08844-6592

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2017　　　　　　　　　　　　　　Signature:　 /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2017 at the address(es) listed below:  
        Denise E. Carlon　　on behalf of Creditor　 QUICKEN LOANS INC. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        George C. Greatrex, Jr.　 on behalf of Creditor　 The Clusters of Lexton Condo Association, Inc. ggreatrex@sgglawfirm.com, kmuchler@verizon.net  
        Lee Martin Perlman　 on behalf of Debtor Brad N. Cohen ecf@newjerseybankruptcy.com, lmpcourt@gmail.com  
        Thomas　 Orr　 tom@torrlaw.com, Torr@ecf.epiqsystems.com  
        Thomas　 Orr　 on behalf of Trustee Thomas　 Orr tom@torrlaw.com, Torr@ecf.epiqsystems.com  
        U.S. Trustee.　 USTPRegion03.NE.ECF@usdoj.gov  
                                                                 TOTAL: 6