UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                          Case No.:    17-18882
COHEN, BRAD N.                                  Chapter:     7
                                                Judge:       CMG

## NOTICE OF PROPOSED ABANDONMENT

Thomas J. Orr, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: |
|---|
| Clarkson S. Fisher US Courthouse<br>402 East State Street<br>Trenton, NJ 08608 |

If an objection is filed, a hearing will be held before the Honorable Christine M. Gravelle on February 27, 2018 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:

Personal Injury Claim: Against Triple M. Wash & Dry Laundromat. The debtor had a slip and fall on February 2014. A judgment was entered against Triple M. Wash & Dry Laundromat in the amount of $56,455.50 and is still outstanding. After administration and exemptions, there would not be enough funds remaining to make a meaningful distribution to unsecured creditors. There are also difficulties in collection to consider.

Liens on property:

None

Amount of equity claimed as exempt:

None claimed but the debtor could exempt $30,226

Objections must be served on, and requests for additional information directed to:

| Name: | /s/Thomas J. Orr, Trustee |
| Address: | 321 High Street, Burlington, NJ 08016 |
| Phone number: | (609)386-8700 |

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-18882-CMG
Brad N. Cohen                                                             Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Jan 23, 2018
                              Form ID: pdf905          Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2018.
```
db              #+Brad N. Cohen,    PO Box 6592,    Hillsborough, NJ 08844-6592
cr               +The Clusters of Lexton Condo Association, Inc.,    c/o Action Management Group, LLC,
                   25 S. Church Road,    Unit 185,    Maple Shade, NJ 08052-3074
516799697       ++CITIBANK,    PO BOX 6043,    SIOUX FALLS SD 57117-6043
                 (address filed with court:  Citibank,     7920 NW 110th St,    Kansas City, MO 64153)
516799696        +Chase Card Services,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
516799698        +Citibank/Best Buy,    Centralized Bankruptcy/CitiCorp Credit S,    Po Box 790040,
                   St Louis, MO 63179-0040
516799699        +Clusters of Lexton,    25 S. Church Rd, Unit 185,    Maple Shade, NJ 08052-3074
516799703        +Klineburger & Nussey,    38 North Haddon Ave,    Haddonfield, NJ 08033-2422
516799705        +Pnc Bank, N.a.,    Po Box 3180,    Pittsburgh, PA 15230-3180
516799707        +Robin Cohen,    1117 Yardley Rd,    Cherry Hill, NJ 08034-2845
516799709        +Zeller & Wieliczko, LLP,    120 Haddontowne Court,    Cherry Hill, NJ 08034-3666
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jan 23 2018 23:38:40      U.S. Attorney,    970 Broad St.,
                   Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 23 2018 23:38:37      United States Trustee,
                   Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                   Newark, NJ 07102-5235
cr              +E-mail/Text: jennifer.macedo@gatewayonelending.com Jan 23 2018 23:38:12
                   Gateway One Lending & Finance,    160 N. Riverview Drive, Suite 100,    Anaheim, CA 92808-2293
516799700       +E-mail/PDF: creditonebknotifications@resurgent.com Jan 23 2018 23:35:24      Credit One Bank,
                   PO Box 98872,    Las Vegas, NV 89193-8872
516799701       +E-mail/Text: jennifer.macedo@gatewayonelending.com Jan 23 2018 23:38:12
                   Gateway One Lending & Finance LLC,    3818 E. Coronada St,    Anaheim, CA 92807-1620
516799702        E-mail/Text: cio.bncmail@irs.gov Jan 23 2018 23:38:18      Internal Revenue Service,
                   PO Box 21126,    Philadelphia, PA 19114
516799704       +E-mail/Text: bkr@cardworks.com Jan 23 2018 23:37:58      Merrick Bank,    Po Box 9201,
                   Old Bethpage, NY 11804-9001
516799706       +E-mail/Text: bankruptcyteam@quickenloans.com Jan 23 2018 23:38:58      Quicken Loans,
                   1050 Woodward Ave,    Detroit, MI 48226-1906
516802717       +E-mail/PDF: gecsedi@recoverycorp.com Jan 23 2018 23:34:58      Synchrony Bank,
                   c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516799708       +E-mail/PDF: gecsedi@recoverycorp.com Jan 23 2018 23:35:20      Synchrony Bank,    Po Box 103104,
                   Roswell, GA 30076-9104
                                                                                              TOTAL: 10
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jan 23, 2018
                              Form ID: pdf905          Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 22, 2018 at the address(es) listed below:

           Denise E. Carlon    on behalf of Creditor    QUICKEN LOANS INC. dcarlon@kmllawgroup.com,
            bkgroup@kmllawgroup.com
           George C. Greatrex, Jr.    on behalf of Creditor    The Clusters of Lexton Condo Association, Inc.
            ggreatrex@sgglawfirm.com,    kmuchler@verizon.net
           Lee Martin Perlman    on behalf of Debtor Brad N. Cohen ecf@newjerseybankruptcy.com,
            lmpcourt@gmail.com
           Thomas    Orr    tom@torrlaw.com, Torr@ecf.epiqsystems.com
           Thomas    Orr    on behalf of Trustee Thomas    Orr tom@torrlaw.com,    Torr@ecf.epiqsystems.com
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                      TOTAL: 6